LAW OFFICES OF JOHANNA M. KWANSIEWSKI
Johanna M. Kwasniewski. / SBN 268474
5032 Woodminster Lane
Oakland, CA  94602
(510) 214-6414
(510) 764-2340/FAX
johanna@jmklaw.org

Attorney for Plaintiff THOMAS GOLDSTEIN

Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:  (510) 981-6960
Email:  morebic@ci.berkeley.ca.us

Attorneys for Defendants CITY OF BERKELEY and OFFICER PETER BJELDANES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOLDSTEIN<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, *et al*,<br><br><br>                    Defendants.<br>_____ | Case No.: C13-0439-JST<br><br>JOINT CASE MANAGEMENT<br>CONFERENCE STATEMENT<br><br>Date:  November 6, 2013<br>Time: 2:00 p.m.<br>Dept: Courtroom 4, 3rd Floor<br><br>Judge: Honorable Jon S. Tigar |

        The parties in this matter hereby provide the following updated Joint Case Management

Conference Statement.  The first Joint CMC Statement filed July 31, 2013 provides an overview

of the case.  At the first CMC on August 7, 2013, the Court referred this matter to ENE.  The

ADR office appointed the Evaluator on September 25, 2013.  The parties have been conferring

with the Evaluator to select a date for the ENE in early December.  Therefore, parties request

this CMC be continued until January 2014.

Dated:  October 24, 2013          Zach Cowan, City Attorney
                                   Matthew J. Orebic, Deputy City Attorney

                                   By:  _____/s/_____
                                        MATTHEW J. OREBIC Attorneys for Defendants


Dated:  October 24, 2013          LAW OFFICES OF JOHANNA M. KWASNIEWSKI
                                   By:  _____/s/_____
                                        Johanna M. Kwasniewski, Attorney for Plaintiff


**ORDER**

The Case Management Conference previously scheduled for November 6, 2013 is
continued to February 5, 2014 at 2:00 p.m.  The Joint Case Management Conference Statement
is due January 22, 2014.

In the future, if the parties intend to request a stipulated order from the Court, they must
do so using the "Stipulation" ECF event.


Dated:  November 4, 2013

IT IS SO ORDERED
AS MODIFIED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA